# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1485

WI-LAN USA, INC. and WI-LAN, INC.,

Plaintiffs-Appellants,

v.

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Florida in case no. 12-CV-23569, Judge Donald M. Middlebrooks.

Authorized Abbreviated Caption[2]

WI-LAN USA, INC. V ERICSSON, INC., 2013-1485

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.