NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-LAN USA, INC. AND WI-LAN, INC.,**
*Plaintiffs-Appellants,*

v.

**ERICSSON, INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**
*Defendants-Appellees.*

---

2013-1485

---

Appeal from the United States District Court for the Southern District of Florida in No. 12-CV-23569, Judge Donald M. Middlebrooks.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Appellants' unopposed motions to withdraw without prejudice their August 7, 2013 motion to Supplement the Trial Record and for a 60-day extension of time, until November 4, 2013, to file their principal brief,

2                  WI-LAN USA, INC. v. ERICSSON, INC.

IT IS ORDERED THAT:

(1) The motions are granted.

(2) The motion to Supplement the Trial Record is withdrawn without prejudice.

(3) Appellants' principal brief is due no later than November 4, 2013.

                                                 FOR THE COURT

                                                 /s/ Daniel E. O'Toole
                                                      Daniel E. O'Toole
                                                      Clerk

s25