NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-LAN USA, INC. AND WI-LAN, INC.,**
*Plaintiffs-Appellants,*

v.

**ERICSSON, INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**
*Defendants-Appellees.*

---

2013-1485

---

Appeal from the United States District Court for the Southern District of Florida in No. 12-CV-23569, Judge Donald M. Middlebrooks.

---------------------------------------------------------------------------------

**WI-LAN, INC.,**
*Plaintiff-Appellee,*

v.

**ALCATEL-LUCENT USA, INC.,**
*Defendant,*

**AND**

**TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON, INC., SONY MOBILE COMMUNICATIONS AB (also known as Sony Ericsson Mobile Communications AB), AND SONY MOBILE COMMUNICATIONS (USA), INC. (also known as Sony Ericsson Mobile Communications (USA), Inc.),**
*Defendants-Appellants.*

2013-1566

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0521, Chief Judge Leonard Davis.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' motion to consolidate these appeals and set the briefing schedule,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the cases will be treated as companion cases with consolidated briefing schedules and will be assigned to the same merits panel.

(2) The briefing schedule will be consolidated in the nature of cross appeals. When filing briefs, the parties are instructed to use the captions from both appeals as reflected above.

(3) Wi-LAN, Inc. and Wi-LAN USA, Inc.'s ("Wi-LAN") principal brief, not to exceed 14,000 words, is due 60 days from the date of this order.

(4) Telefonaktiebolaget LM Ericsson, Ericsson, Inc., Sony Mobile Communications AB and Sony Mobile Communications (USA), Inc.'s ("Ericsson") principal and response brief, not to exceed 19,000 words, is due within 40 days of the filing of Wi-LAN's principal brief.

(5) Wi-LAN's response and reply brief, not to exceed 14,000 words, is due within 40 days of the filing of Ericsson's principal and response brief.

(6) Ericsson's reply brief, not to exceed 9,000 words, is due within 21 days of the filing of Wi-LAN's response and reply brief.

(7) The joint appendix is due within 7 days of the filing of Ericsson's reply brief.

(8) The court accepts the proposed combined briefing because it reduces the amount of words otherwise allowed if the appeals had proceeded separately.

(9) All other motions are denied as moot.

FOR THE COURT

/s/   Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26